June 29, 2009

Ms. Christina Hawkins
PO Box 831491
Richardson, TX 75083
Mr. Kyle Corey
3508 Watercrest Ct.
Dallas, TX 75234

RE: Case Number: 09-0480
 Court of Appeals Number: 05-09-00121-CV
 Trial Court Number: DF-98-15998

Style: IN THE INTEREST OF C.H.C. A CHILD

Dear Counsel:

 Today the Supreme Court of Texas denied the Motion to Stay Appeal and
issued the enclosed abatement order in the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Mr. Gary |
| |Fitzsimmons |
| |Ms. Lisa Matz |